STATE OF MISSOURI, for the use of ZEIGLER, *vs.* JOSEPH PRATTE and AUGUSTE ST. GENOME.

ERROR to St. Genevieve Circuit Court.

Tompkins, J., *delivered the opinion of the Court.*

The same disposition is made of this case as of the preceding.